October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE: SOUTHERN UNION COMPANY

NO. 14-12-00252-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 24, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Southern Union Company.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.